IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

JAMAR DANTE' BOLDING, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:11CV106–HEH
)
OFFICER TIDDWELL, et al., )
)
    Defendants. )

## FINAL ORDER
**(Adopting Report and Recommendation and Dismissing § 1983 Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: Plaintiff's objections are OVERRULED; the Report and Recommendation is ACCEPTED and ADOPTED; Plaintiff's claims and the action are DISMISSED; and the Clerk is DIRECTED to note the disposition of the action for the purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

                                                               /s/
                                        HENRY E. HUDSON
Date: Aus 13 2012          UNITED STATES DISTRICT JUDGE
Richmond, Virginia